THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE E. DARE, Respondent, *v.* I. WILLETTS GARDNER, Appellant.

*People ex rel. Dare* v. *Gardner,* 174 App. Div. 932, affirmed.
(Argued January 12, 1917; decided January 30, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 10, 1916, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant, late town superintendent of highways of the town of Brookhaven, to forthwith deliver to and place in possession of relator as town superintendent of highways of the town of Brookhaven, all the implements belonging to said town, such as road machines,

scrapers, plows, etc., used by the town in working upon the highways and then in his possession.

*John R. Vunk* for appellant.

*Joseph T. Losee* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.